UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALIOUNE THIAM,

                 Plaintiff,

- v -

CITY OF NEW YORK, et al.,

                 Defendants.
------------------------------------------------------------X

ORDER

CV 04-4690 (ARR)(VVP)

A conference is hereby scheduled for **Thursday, October 20, 2005 at 11:00 a.m.** before the undersigned. All counsel are directed to report to Room 521 at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Counsel for all parties must attend.

Requests for adjournments must be made in writing on notice to opposing parties. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

                 **SO ORDERED:**

                 *Viktor V. Pohorelsky*
                 VIKTOR V. POHORELSKY
                 United States Magistrate Judge

Dated: Brooklyn, New York
        September 28, 2005

NOTE: **PLAINTIFF'S COUNSEL IS DIRECTED TO CONFIRM WITH ALL COUNSEL THAT ALL NECESSARY PARTIES ARE AWARE OF THIS CONFERENCE.**