```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ALIOUNE THIAM,                            :
                                          :   04 CV 4690 (ARR)
                    Plaintiff,            :
                                          :   NOT FOR
        -against-                         :   PUBLICATION
                                          :
CITY OF NEW YORK, et al.,                 :   OPINION AND ORDER
                                          :
                    Defendants.           :
------------------------------------------------------------- X
```

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated December 7, 2005 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, this case is dismissed without prejudice for lack of prosecution.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: January 3, 2006
       Brooklyn, New York

1

SERVICE LIST:

*Plaintiff:*
Alioune Thiam
21-23 Spencer Place, Apt. 4R
Brooklyn, NY 11216

*Counsel for Defendant:*
Sarah Beth Evans
New York City Law Department
100 Church Street
New York, NY 10007

cc:     Magistrate Viktor V. Pohorelsky