UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALIOUNE THIAM,

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 4690 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 4, 2006, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated December 7, 2005, after a *de* novo review of the record; and dismissing the action for lack of prosecution; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted in its entirety; and that the case is dismissed for lack of prosecution.

Dated: Brooklyn, New York
       January 04, 2006

                                              ROBERT C. HEINEMANN
                                              Clerk of Court